```
1  Luis E. Marino JR                    ✓ FILED    ___ LODGED     Matter of Laws & Protection
2  BK# 71031616                         ___ RECEIVED ___ COPY     Obstruction of Justice
3  PO BOX 951  3-D-08                   OCT 1 3 2023              Constitution De-tun Violation
4  Tucson AZ, 85702                     CLERK U S DISTRICT COURT  Danger Doctrine
                                        DISTRICT OF ARIZONA
5                                       BY_____ DEPUTY        Human Rights Act
6  IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
7             OF ARIZONA                                          CV-23-00471-TUC-RM--JR
8
9  Luis Ernesto Marino for Citizens     28 USCS § 2254, P.+1, C.1 "H.C." Habeas Corpus
10 of America "WE THE PEOPLE"           28 USCS § 2241, P.+1 of 2 "Power to grant Writ"
11          vs.          Plaintiff's    Notice of: Conspire Deprive Rights
12 Federal Programs Department Agency's 18 USCS § 241 by Defendants knowingly
13 U.S Department of Justice Agency     and Willingly Assisting Psy-Op Programs
14 U.S Military Psy-OP Units and        on Americas Soil "Complaint and Review
15 "THE STATE OF ARIZONA" Criminal      for Disciplinary Actions, §100.24 "Constitutional
16 Tucson Police Department             Fact" Power to Resolve Violations, USCS Fed. Rueles
17 OFFICERS       Dep. Defendants       Evid. R. 201 "Judicial Notice Facts" 5 USCS § 702
18         •• Administrative Procedure ACT Claim • Danger Doctrine
19   Plaintiff comes in form of Pro-se to bring forth Conspire to Deprive
20 Rights 18 USCS § 241 by Government Department's under The
21 Supervision of The United States of America balance of Powers and
22 The elected Public figuers who have the honor to Manage and over see
23 every Agency's Conduct and Procedures their Government Employees or
24 Private Sectors Employees must Follow Policies and orders there Superiors demand
25 of them, Such orders come from a Chain of Commands "5 USCS § 552a Records
26 I Respectfully Submit on this day 10 of October 2023, USA FREEDOM ACT
I  27 Memorandum to Set a Claim with Points and Authorities (Injustice)
```

1. Defendants Assisting Jointly in Conspire Deprive Rights "Coerced"
2. Plaintiff will set in Place a Framework and set forth a Claim
3. that will be of merit and Facts, The courts may move to dismiss
4. my claim and Motion on "Delusional or Frivulous" like thousand of
5. other Cases brough foward by Inmates in DOC, Normal Tax Payer
6. Citizens, Book Authors, CEO of banks, Military Personal and Federal
7. Employees from NSA, There are even Citizens from other Country's bringin
8. Civil Suits Against Spy-op Programs done to them by the United States
9. Government Agencies. Now one or two people bring allegations like this
10. they can be discredit, But thousands of human being from diffrent
11. Parts of the Country and other Parts of the world, Now this is up
12. front abuse of Power and a Trailer to our Nations Rights, laws and
13. Constitutions, This Programs and Judges are Criminal Minded and
14. Shown bad faith at the same time violating their oath and showing
15. bad Evil Character, "Have we come full Circle and have a Nazi Regime
16. upon Present time?" The ELITE have Defrauded, Coerced and Fooled
17. our Public Figures to go against Everything each Government officials
18. Stands and believes, Our Country's young generation and the next
19. generation after the young generation needs Protection and a
20. honest chance to enjoy a Great life on Earth, And enjoy our Protection
21. of our Constitutional Doctrins "Bill of Rights"... Argument one
22.
23. DEFENDENTS of the Federal departments one: Federal
24. Program Department Agency Second: U.S Department of Justice
25. Agency Third: U.S. Military Psy. Op Units... Conspire to Deprive (T.I)
26. Targeted Individuals (citizens) of Rights, Privacy, Enjoyment of Life
27.          II

1. Continuing to Set Claim to Federal Defendants "18 USCS §241"
2. Free will and to be able to take care of there Health, The Psy-op
3. Program's and their Counter Part of Private Sectors and Identities
4. Deprive us of Such Qualities and Amendments we as United States
5. Americans are accustome to have and to be able to exercise our
6. giving Rights to challenge, & Refuse any unwanted unhumane
7. threatment by Citizen, Police Agency or Government officials, We the
8. People are against such Malicious and unhumane Tatics against
9. Humanity, the Microwave Radiation forced on T.I's intake is Evil
10. and life ending Results and Cancer or Tumors or Both in the head is
11. Damage to our immune system, Brain and Nerve system the correct name
12. Recognized by our own "Purple Society, President Joseph Biden J.R "Havana
13. Syndrome, N.Y Times has a Article on the bill Biden Signed for the
14. NSA Federal Employees that suffered by being Part of programs or
15. handleling the technology that is used on T.I's "Torturing Tatics", By
16. Foot Pursuit, Vehicle & drones or Planes, Even if a T.I willingly try's to Avoid
17. Such Programs or Tatics no one can Remove them selfs in a Peaceful
18. Kind manner "there is no way Possible. A T.I is Coerced to use Agression
19. Criminal minded Activity to Protect himself and Defend him self
20. but even in that maner its a Fail Result, This program Voice to skull
21. Frequencies and hollagrams to make your mind see and hear what the
22. Federal Psy-op Programs USURP on T.I Victim. Any Sound. Mind will
23. Collaps Mentaly and disrupt his mind frame for the worst.. Second Arguments
24.
25. ARIZONA REGIME and Criminal Procedure's Professionals Attoneys
26. Prosecutor's are assisting Federal Agencies to Conspire Deprive Rights.
27.             III

1. Arizona State Public & Criminal Procedure Attorney's Prosecutor "18 USCS § 241"
2. Setting a claim by Court transcript Records that give merit to this
3. motions Information, Defendants have Claim of Government Coerced
4. them to Committ Crimes under "The SPY-OP community Gangstalker, Mind
5. War "PROGRAM" by our Government Agencies Massive Evil Deprivation
6. of Free Will, Privacy, Rights, Enjoyment of life and the Protection of "Cruel
7. & Unusual Punishment Amendment Eight," Now Arizona Regimes Officials
8. are forced to violate their Patriotic Oath to our Nations Law Doctrines
9. by Suppressing Citizens/Defendants "Government Coerced Defens" to Dismiss
10. Allegations Committed by force Against our Free Will from Federal and States
11. illegal Psy-ops on American Land Soil and its Countrys People, Attorney's
12. and Prosecutor are used to getting away on violating Due Process and using
13. Manipulation and scare tatics to force "A world of Guilty Plea" citing a Yale
14. law Journal on Defendants, But now is "Treason to our Country by Conspire
15. Deprive Rights 18 USCS § 241" Law of the Land Supreme Justice. Public
16. Records give honor to such "Obstruction of Rights, Law, Rules and
17. Justice" this is Terrorism by our Government to their Own People," this is
18. the next worst Crimes against our life, Privacy, Property and Rights to
19. Freedom Since the "Terrorist Attacks" on our Twin Towers in New York City
20. Its our own Government letting the ELITES to Fund such "GENECIDE to
21. our way of life.? Honor, Arizona's Criminal Procedures are Assisting
22. Police Agency's & Federal & Elites to Deprive our Rights and Moliciously
23. Convict defendants knowing that "The high Rise in Crime wave and Deaths"
24. come by Psy-op Projects/Programs/communities. ..A Third Argument
25. ****** SUPPLEMENTAL MOTION;
26. CONCLUSION TO SETTING A CLAIM to 18 USCS § 241
27. IIII

# Conclusion: Supplemental Motion

1. Arguments and Setting a Claim to Notice of Motion "18 USCS §241"
2.   This Treason to our Constitution comes by our own Ethicle Public Figures
3. In Our Government departments Federal and State. A wave of vindictiveness
4. has usurp this Nations Living Standards and has brought havic and
5. Terror into Individuals minds health and deprivation of Gods blessings
6. of Life, Liberty, Property and Privacy that our Bill of Rights have been given
7. to us by Nobel, Patriotic founding four fathers, who gave morals and values
8. to their Predesessor after them to continue Moraly Ethicle and with values
9. to Protect and Serve WE THE PEOPLE, from Evil Elite doings and Suppression
10. a Great mind and Human Dr. Benjamin Franklin was asked after the Conclusion
11. of the Constitutional Convention in September of 1787 "well doctor what do we got—
12. a Republic or a Monarchy? he answered "A republic if We the People can keep it"
13. and Fast foward to Present time he's answer' knowing the Purple Society (Elite, Tyrrant
14. Royalty, Powerful Wealthy, Individuals) would eventually force their will, Money and
15. Power into Every Government Positions and Agencies, By wealthy Corporations
16. and Powerful Family's with a Prestiges last name have lobbyed Public Figures to
17. obey their demands even if its "Genecide to the Worlds Lands, Nature, Animals
18. and Humans", We the People our for our Government we believed in the Direction
19. of our Countrys advances in every field, what we didn't know what is and was
20. to be of such Advances in Society and the Effect to our Earth and humans life value.
21. But our Elites and Public Officials and Figuers, know the harms, the negatives
22. that come with such advancing in every field. Example "Technology that is Powered
23. by Radiation non-ionizing Electromagnetic SAR out Put" our Elites and Government
24. knew the Dangers this field of advancment will bring to Nature, Animals and
25. human life, "It harms Plants trees and Soil, Brain cancer, Tumors it kills children
26. and Elderly and it breaks our Immune System. Like SARS in Merriam-webster
27.                IIII

Continuing of Conclusion, Supplemental Motion

1. Arguments and Setting a Claim to Notice of Motion; "18 USCS § 241"
2. difinition is "Coronavirus-19" mention in 2003, known of such harm, But disguise
3. it as Epidemic 19 that it came from China or An Animal "Cell Phone SAR and
4. 2G, 3G, 4G, 5G are Coronavirus Epedimic" Government defrauded its Citizens
5. in taking Vaccins and Boosters that will never Protect us from Radiation
6. one Vaccine is called "Bio ? Tech vaccine" Yes its a big leap in advancement in
7. Society but at what cost "Depopulation of humans" Invasion of Privacy
8. threw Phones Social Media, Drones Cable box obama Phones and now
9. Psyop Communities to use such "Microwave Radiation, V2K voice to skull,
10. hollograms and Navy Radar lazer tech. and Equipment, Chips inplant
11. like "Dogs ¿cats", Now a chip in rist to purchase goods, we the Poor the
12. minoritics and the Ignorant that makes 90% of the Population didnt get
13. Memos or Instructions on how to protect our Self from Such Technologic
14. harms, But the Elite and a few important Public figuers are Protected and
15. know ho to avoid such Massive intake of their "Corporations life ending
16. harms", Now our defensless wild life, Like the Guerillas in Congo for the
17. Minning of Ionizing Cowmpounds are Killing the Guerillas "Insterction"
18. Birds of diffrent breeds are dying under the 5G cell phone towers, this
19. Examples is the way Elites think and Conduct buisness in America they get
20. away from Prosecution for "Massive Murders" and Genecide to everything
21. inside our Atsmophere with out one increment of a inch of care of the
22. harm their doings.... Decades, century later, while we the People our
23. fooled and Infected with early death the elites and their love ones
24. live a long and lasting life, This Motion will Never be Honored and
25. My Self Cant change the world or Evil Elites ¿ Governments
26. wrong Evil Attacks on our Coounstitution Doctrin by Secreotoy
27.            IIIII

Final Argument to Conclusion, Supplemental Motion

1 Argument and Setting a Claim to this Motions Merit; 18USCS§241
2 of Societies, Elite wealthy Figuers and Family's and lobbyed Public
3 figuers to Join the Attack on "Our way of life" Middle class and
4 Poor Communities are taking in "Massive Toxic, Chemical, Radiation
5 and Torture tatics by Psy-op Programs under Military Army's Direction"
6 and Elites Corporations Merchandise, Foods, Drinks, Medications and
7 the Polution this Corporations Pure out to our Nature, Air, water and
8 wild life citing "Robert F. Kennedy J.R. Author of "Crimes Against Nature"
9 how George W. Bush & his Corprate Pals Suspended our constitution and Ruined
10 Americas Values and way of life. No one is "Truely Safe only the ELITE
11 You, I & US are far from wealthy even Millionairs are not safe or
12 Government officials look up New York Times NSA officials were harmed
13 with life ending Effects for following "Orders & Directives from Government
14 officials and officials following Elites Directives "what Affects the whole
15 will eventualy Effect the Few (Elites)" The minority Races in America
16 Stolen, Ravish and degrated, Stuggling up through "Elite man made difficultie
17 and Opression, needs Illumination and its giving Secreatcy & Societies, Needs
18 Sympathy and Recieves Criticism, Needs help & Protection and its giving
19 hindrance & Terrorism, Needs Justice and is giving "Conspire Deprive Rights"
20 18USCS§241, This Faustin Pact the Elite and Government Public Figuers have
21 Embody will have a Horrible Plot and Irreversible Corruption, that will
22 lead us into a Harsh Regime, History has Painted a Clear Picture on how
23 Evil Regimes are Conducted by the Cheaf in command to the bottom
24 of the latter in Government Agency to the Foot soldiers, who are force
25 to Commit unhuman Acts, No Nation will ever stand Justified
26 before God (Almighty) until Elite and Public Figuers & Government
27                    ||||||

Ending of Conclusion; Supplemental Motion

1. Argument and Setting a Claim to Notice of Motion; "18 USCS §241"
2. Can adopt "Truth & Reconciliation, 8 U. Pitt. L. Rev. 69, This process
3. has been Effectively implemented in other Cultures and Country's...
4. (e.g. South Africa, Rwanda, Germany; Indigenous Nations) Now it can easily
5. be Applied to our Nations Elite and Government true healing can
6. begin only when past atrocities and Injustice by our Elite's and
7. Politicians Acknowleged Such actions and Mind frame then Fully
8. Embrace their failures and Chain reaction their Actions knowingly
9. and willingly Afflicted our Nature, Wildlife and Humans health our
10. Future of a Nation is in the ELITE's Controlled and the Government
11. is under a Single Garment to realize the Elites Rules, Policies and
12. Doctrins they introduce into Government agencies. We must be for
13. Truth, Honor and Prestige on the well being of our Earths Population, The
14. Truth must be respected "No Matter who is Telling it" and Same Go's for
15. Justice Nobody should have the Power to unblind lady liberty or
16. Suspend our Constitution by forced or Defrauding our votes's tax payers
17. or Citizens No Tricks or cheating Mechanism should be Employed into
18. our Governments way of dealings," our Public officials should maintain
19. honor, Good Reputation, Good quality high moral Standard of behavior lets
20. exalt our Nations Constitution and Present it in a very favorable
21. to the masses of our Country's way of life. My estimation of this
22. Information is proved by history, News and Freedom of Information Act.
23. Under Oath: Value Judgment Evaluate;    Print _____
24.                                          Signed _____
25.                                          Date _____
26. Points, Autorty, Trutworthynes to Set a Claim / Not Delushional or Frivulous
27.             IIIIIII

## Supplemental To Motion Framework
## Attached To Motion Additional 1 of 2

1. 
2. Freedom of Information Act; Information Page; Case Law; Law Journals:
3. Government Psy. OPS Programs; Other Units Under
4. Military Departments: Orr v. United States Air Force, 2015
5. U.S. Dist. Lexis 148090 HTTP://HUMANCIVILRIGHTSFIRST.ORG; Stancutt v.
6. Lockheed Martin Corp., 735 F. App'x 169, 170 (5th Cir. 2018); Targeted Justice Inc.,
7. v. Garland, 2023 U.S. Dist. LEXIS 118525; 2023 U.S. U.S. Dist. Lexis 75575
\*\* 8. Montgomery v. Comey, 300 F. Supp 3d 158 "Section Patriot Act"; Bolden v. Fuerst,
9. 2022 U.S. Dist. Lexis 89798 "Civil human Rights act of 1964"; Human Free Will
10. v. John Doe Agency, 2022 U.S. Dist. Lexis 213301; Brewer v. Wray, 2020 U.S.
11. Dist. Lexis 90527; Tooley v. Napolitano, 586 F.3d 1006; Tooley v. Bush, 2006 U.S. Dist. Lexis
12. 92274; Paradox Counterterrorism Sunst Provision, 81 Fordham L. Rev. 1777;
13. 
14. "The State of Arizona Criminal Procedures Regime" Framework
15. "A world of Guilty Plea," 110 Yale L.J. 1097 "Forcing Citizens to Signe"
16. "Behavioral Legal Ethics," 45 Ariz. St. L.J. 1107 "Attorney Bad Charator"
17. "Arizona lawyers Responsibility, 6 Phoenix L. Rev. 465 "Lawyers Corruption to ABA"
18. "Reining in Prosecutorial Misconduct (IPC Commission), 5 Phoenix L. Rev. 617 "50 years 2.15"
19. "Unequal Court Rooms (Violating Equal Protection), 63 Ariz. L. Rev. 1 "Amend. Violating"
20. "Failur of Common Law," 36 Ariz. St. L.J. 765 "Protection to Law & Procedures"
21. "Critique of Law Practice," 37 Ariz. L. Rev. 1209 "Law Failures & Bad Faith"
22. "Professional ABA Ethics," 44 AZ Attorney 14 "Disciplinary Rules"
23. "Supreme Judicial Politicians Bad Faith," 50 Ariz. St. L.J. 141 "Adam J. Kolber"
24. "Wrongfully Convicted 2,200," 60 Ariz. L. Rev. 865 "DNA Evid. Misapps"
25. "Against Designe," 47 Ariz. St. L.J. 609 "Unfairness Doctrin"
26. "Mass imprisonment Problem," 40 Ariz. St. L.J. 183 "Mandatory Illegalness"
27. 

I

Supplemental to Motions Framework

1 Attached To Motion Additional Information 2 of 2
2 Freedom of Information Act: Information Page: Case law & Law Journals:
3 American Evil: A Response to Punishment, 50 Ariz. "18 USCS § 2510"
4 "Lawyer Regulation, 53 Ariz. L. Rev. 577; 43 Ariz. St. L.J. 1367
5 Article: Constitutional Regulation of National Security Investigation, 41 Wake Forest L.
6 Rev. 661; Pursuing Americas Greatness v. FCC, 831 F.3d 500 "28 C.F.R 16.96"
7 Berlin Democratic Club v. Rumsfeld, 410 F. Supp. 144 "Army Surveillance"
8 In re Sealed Case No. 02-001, 310 F.3d 717; 50 USCS § 1804 "Applications"
9 Graves v. Lioi, 930 F.3d 307 "Alleging Substantive due process State Created Danger
10
11          Conclusion:
12 Motions Claim of Conspire Deprive Rights 18 USCS § 241
13 is furnished with Law Journals and Case law's
14 with Administrative Rights and Procedures to give
15 motion Information Truthworthyness and Merit to
16 Federal and State Agencies Employees and Public Figuers
17 Violations and Unethicle Professional wrong doings
18
19    Respectfully Attached and Submitted on this
20 Day 10 of October 2023
21
22 Under Oath: Truth & Honest          Print Luis E. Merino J.R
23 IN GOD WE TRUST                     Signed Luis E. Merino
24                                     Date 10-10-2023
25
26 This Motion and Supplemental Information Sets a Claim
27                    II