# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E Merino, Jr., | NO. CV-23-00471-TUC-RM (JR) |
| Petitioner, | |
| v. | JUDGMENT IN A CIVIL CASE |
| Unknown Party, et al., | |
| Respondents. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 20, 2023, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied.  Petitioner to take nothing and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

November 20, 2023

s/ A. Calderón
By  Deputy Clerk